# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EVERETT PELLUM, SR., | CASE NO. 1:13-CV-00041-LJO-SMS |
| Plaintiff, | |
| v. | ORDER TRANSFERRING CASE TO THE HOUSTON DIVISION OF THE SOUTHERN DISTRICT OF TEXAS |
| TRANSCOR EXTRADITION SERVICE, | |
| Defendant. | |

On January 9, 2013, Plaintiff Jason Pellum, Sr., proceeding *pro se*, filed suit against Defendant Transcor Extradition Service for injuries allegedly sustained when Defendant transported Plaintiff from Houston, Texas, to San Jose, California.

Federal law is clear on the issue of venue: a civil action must be brought in a judicial district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(a). Transcor maintains a Processing Center at 15850 Export Plaza Drive, Houston, Texas 77032. It does not maintain a place of business within the Eastern District of California. Further, the events that form the basis for Plaintiff's claim originated in Houston, Texas.

Good cause appearing, the Court ORDERS this case TRANSFERRED to the Houston Division of the Southern District of Texas.

Dated: 4/5/2013        /s/ SANDRA M. SNYDER
                       UNITED STATES MAGISTRATE JUDGE

-1-